**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-1591

BABATUNDE FADAHUNSI, a/k/a Tunde Fadahunsi,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A70-506-964)

Submitted: November 10, 1997      Decided: December 15, 1997

Before WIDENER, ERVIN, and WILKINS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Babatunde Fadahunsi, Appellant Pro Se. Karen Fletcher Torstenson, Karen Ann Hunold, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Babatunde Fadahunsi petitions this court for review of the Board of Immigration Appeals' decision dismissing his appeal from the immigration judge's denial of his motion to reopen deportation proceedings. Our review of the record discloses that there was no abuse of discretion in the Board's decision. Accordingly, we affirm on the reasoning of the Board. Fadahunsi v. INS, No. A70-506-964 (B.I.A. Apr. 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2